UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON J. WALTER,
        Plaintiff,

v.
                                    Case No. 09-15062
                                    Honorable Patrick J. Duggan

FEDERAL EXPRESS CORPORATION,
        Defendant.
_____/

## **JUDGMENT**

On December 1, 2009, Plaintiff Aaron Walter ("Plaintiff") filed a Complaint

against Defendant Federal Express Corporation ("Defendant") in the Circuit Court for

Oakland County, Michigan. Defendant removed the Complaint to this Court on

December 31, 2009, pursuant to 28 U.S.C. §§ 1132(a) and 1441(a). In the Complaint,

Plaintiff alleges three counts: (I) breach of implied contract and wrongful discharge; (II)

intentional infliction of emotional distress; and (III) negligent infliction of emotional

distress. on the same date that Defendant removed the Complaint to this Court,

Defendant filed a motion to dismiss or motion for more definite statement which this

Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is

**DISMISSED WITH PREJUDICE**.

DATE:February 22, 2010              s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Charles A. Zajac, Esq.
Sarah F. Henry, Esq.
Stephanie J. Clifford, Esq.